LELAND A. COLTON, Respondent, v. LAWRENCE R. RYCKMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur.

WILLIAM ORTMAN, by SARAH G. ORTMAN, His Guardian ad Litem, Respondent, v. LOUIS SUKERNEK, JR., Appellant.— Judgment and order affirmed, with costs. All concur.

CHRISTOPHER W. McGUIRE, an Incompetent Person, etc., Respondent, v. ALBERT McGUIRE and Another, Appellants.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CALERGO GIAMBELLUCA, Appellant.— Judgment of conviction and order affirmed. All concur.

LEON BROTHERS, INC., Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

MARY HARRIET WILSON, Appellant, v. HERBERT E. RICHARDSON, as Executor, etc., and Others, Respondents.— Motion granted and appeal dismissed, with costs.

In the Matter of the Probate of the Last Will and Testament of WILLIAM JOHNSON, Deceased.— Motion granted and appeal dismissed, with costs.

FRANK NASHEK, Appellant, v. GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

HARRY L. ALLEN, as Trustee, etc., Appellant, v. HELEN STONE, Respondent, and Thirty-nine Other Actions Brought by the Same Plaintiff against Separate Defendants.— Motion for reargument denied. Motion to amend decision denied. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Intermediate Judicial Settlement of the Accounts of SECURITY TRUST COMPANY, as Executor, etc., of JAMES G. ARDREY, Deceased.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WEED & COMPANY, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ABEL R. MULDER, Respondent, v. UNITED STATES SLICING MACHINE COMPANY and Others, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

GLENN W. WOODIN, as Trustee, etc., Respondent, v. STANLEY F. NOWAK and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Application of WILLIAM JONES for the Removal of ALFRED COCOMITPOS from Certain Premises.— [See *ante*, p. 920.] Order of dismissal vacated and case restored to calendar upon stipulation filed.

J. PETER WIRTH, Respondent, v. HARRY E. RISING, Appellant.— Appeal dismissed unless appellant is ready for argument on May eighteenth.